**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00547-CV**

———————————

**IN RE LILEP, L.L.C. D/B/A KING PROPERTY MANAGEMENT, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator LILEP, L.L.C. d/b/a King Property Management has filed a petition for writ of mandamus complaining of the trial court's failure to rule on two pending motions.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1]   The underlying case is *American First Tower Owners Association, Inc. v. LILEP, L.L.C. d/b/a King Property Management*, Cause No. 2022-82786, pending in the 164th District Court of Harris County, Texas, the Honorable Cheryl Elliott Thornton presiding.

## PER CURIAM

Panel consists of Justices Gunn, Caughey, and Morgan.